## BAKER *v.* CODY.

FISH, C. J. The motion for new trial contains only the general ground that the verdict is contrary to evidence and without evidence to support it, and a ground based on newly discovered evidence. The verdict was authorized by the evidence submitted, and the newly discovered evidence being merely cumulative and impeaching in character, the refusal of a new trial was not error.

*Judgment affirmed. All the Justices concur.*

No. 2836. MAY 16, 1922.

Equitable petition. Before Judge Shurley. Warren superior court. September 16, 1921.

*R. W. Ware,* for plaintiff in error. *L. D. McGregor,* contra.